**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals

## For the First Circuit

No. 05-1516

CHESTER J. CHALUPOWSKI, JR., ET AL.,

Plaintiffs, Appellants,

v.

PETER C. DIGANGI, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS ASSOCIATE JUSTICE OF THE PROBATE AND
FAMILY COURT OF ESSEX COUNTY,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard Stearns, U.S. District Judge]

Before
Selya, Lynch and Lipez,
Circuit Judges.

Chester J. Chalupowski, Jr. and Malgorzata B. Chalupowski on
brief pro se.
David Hadas, Assistant Attorney General and Thomas F. Reilly
Attorney General, on brief for appellee.

December 13, 2005

**Per Curiam**. The pro se appellants, Chester and Malgorzata Chalupowski, appeal from a district court decision dismissing their 42 U.S.C. § 1983 suit against a state court judge. We affirm.

After careful review of the record and the parties' arguments, we conclude that the district judge correctly determined that the state judge was absolutely immune from suit. The Chalupowskis' appellate arguments on that score are unpersuasive. See, e.g., Schucker v. Rockwood, 846 F.2d 1202, 1204 (9th Cir. 1988) (per curiam) (finding that a state judge was immune even though he had ruled on a contempt petition after an appeal from a different ruling had been filed). We also note that the district court had no obligation to entertain their claim for declaratory relief. See Wilton v. Seven Falls Co., 515 U.S. 277, 286 (1995) (stating that district courts have "unique and substantial discretion" in deciding whether to consider claims for declaratory relief).

Affirmed.  See 1st Cir. Loc. R. 27(c).